IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **STEVEN GERALD REED** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| ) | |
| vs. ) | No. 3:13-cv-00085 |
| ) | |
| ) | Varlan/Shirley |
| ) | |
| ) | |
| **MONROE COUNTY, TENNESSEE,** ) | |
| **et al** ) | |
| ) | |
| **Defendants** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now all parties, through counsel, and announce this Stipulation of Dismissal. The Plaintiff and Defendants, through counsel, further represent that all matters in controversy among the parties of every kind and nature shall be dismissed with full prejudice. This Stipulation is entered pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own discretionary costs. Consent of all counsel has been given as reflected by their electronic signatures on this Stipulation.

DATED this 26th day of March, 2015.

                                           s/W. Holt Smith_____
                                           W. Holt Smith
                                           Attorney for Plaintiff

s/Richard L. Hollow_____
Richard L. Hollow
Attorney for Defendants,
Johnny Edward Bates, M.D., Quality
Correctional Health Care, Inc., Jerry Nolan
Gurley, M.D. and Tom Petreit, LPN


s/Arthur F. Knight_____
Arthur F. Knight
Attorney for Defendants,
Monroe County, Tennessee, Bill Bivens,
Capt. James Wakefield, Pat Wilson, Ryan
Burnett, Matthew Wiggins, Jimmy Stinnett
and Harold Gudger